**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

DEBORAH ENGLE                                    Case No: 1:20-CV-22556-MGC

      Plaintiff,

vs.

ROYAL BAHAMIAN ASSOCIATION, INC.
a Florida corporation; RENOVATIONS
PROPERTY MANAGEMENT, LLC, a Florida
limited liability Company; PATRICIA
GILLILAND, an individual,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

The Parties, Plaintiff Deborah Engle, and Defendants, Royal Bahamian Association, Inc., Renovations Property Management, LLC, and Patricia Gilliland, hereby advise the Court that they have reached an agreement to settle Plaintiff's claims in the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the Settlement Agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines.

## CERTIFICATE OF SERVICE

Respectfully submitted this 5th day of October 2021.

| | |
|---|---|
| */s/ Gregory M. Ochalek, J.D.*<br>Gregory M. Ochalek, Esq.,<br>19553 NW 2nd Avenue,<br>Suite 217<br>Miami, FL 33169<br>Phone: 305.329.4590<br>Fax: 305.329.4591<br>ochaleklaw@gmail.com<br>*Counsel for Plaintiff Deborah Engle* | */s/ Maritza Gomez*<br>Maritza Gomez, Esq.<br>Florida Bar No. 21663<br>mgomez@kdvlaw.com<br>Cristina Hernandez-Villar, Esq.<br>Florida Bar No. 102305<br>cvillar@kdvlaw.com<br>**KAUFMAN DOLOWICH & VOLUCK, LLP**<br>One Financial Plaza<br>100 S.E. 3rd Avenue, Suite 1500<br>Fort Lauderdale, FL 33394<br>Telephone: (954) 302-2360<br>Fax: (888) 464-7982 |

|  | *Counsel for Defendant Royal Bahamian Association Inc.* |
|---|---|
| */s/Edward S. Polk*<br>Edward S. Polk, Esq.,<br>Florida Bar No.:  239860<br>edward.polk@csklegal.com<br>Haley N. Kornfield, Esq.,<br>Florida Bar No.:  111580<br>haley.kornfield@csklegal.com<br>**COLE, SCOTT & KISSANE, P.A.**<br>Cole, Scott & Kissane Building<br>9150 South Dadeland Blvd., Suite 1400<br>Miami, Florida 33256<br>Telephone (305) 350-5338<br>Facsimile (305) 373-2294<br>*Counsel for Defendants Renovations Property Management and Patricia Gilliland* |  |

2