UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DEBORAH ENGLE                                             Case No: 1:20-CV-22556-MGC

      Plaintiff,

vs.

ROYAL BAHAMIAN ASSOCIATION, INC.
a Florida corporation; RENOVATIONS
PROPERTY MANAGEMENT, LLC, a Florida
limited liability Company; PATRICIA
GILLILAND, an individual,

      Defendants.
_____/

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF JOINT NOTICE OF SETTLEMENT [DE 151] JOINING DEFENDANTS' NOTICE OF WITHDRAWAL (DE 162)

The Plaintiff, Deborah Engle, hereby respectfully advise that the Joint Notice of Settlement (DE 151) filed on 5th Day of October 2021 was filed erroneously. On October 3, 2021, Plaintiff, Deborah Engle, validly and timely accepted Defendant's Offer of Judgment to Plaintiff. The parties did not reach an agreement to settle as reflected in the filed Joint Notice of Settlement (DE 151).

The purpose of this Plaintiff's Notice of Withdrawal is to correct the record of this case and to respectfully ask the Court to vacate the Order Administratively Closing Case on Notice of Settlement (DE 152) and allow the Clerk of Court to enter a Stipulated Judgment pursuant to Fed. R. Civ. P. 68.

The undersigned conferred with the all of Defendants' attorneys on the contents of this Notice and despite agreeing to the withdrawal previously filed Joint Notice of Settlement (DE 151) the undesigned and Defendants' attorneys failed to agree on the contents of the instant Notice of Withdrawal.

1

## CERTIFICATE OF SERVICE

Respectfully submitted this **2nd** day of **November 2021,** and electronically served via CM/ECF on all counsel of record.

*/s/ Tomas Kucera*
Tomas Kucera Esq.
Florida Bar No. 36011
1108 Kane Concourse, Suite 206
Bay Harbor Islands, FL 33179
Phone: 305.677.3463
Fax: 305.455.9686
TK@KuceraLaw.com
*Counsel for Plaintiff Deborah Engle*
