UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-22556-CIV-COOKE/GOODMAN

DEBORAH ENGLE,

    Plaintiff,

v.

ROYAL BAHAMIAN ASSOCIATION, INC., et al.,

    Defendants.

_____/

## ORDER ON PAYMENT OF JUDGMENT

**THIS CAUSE** comes before the Court upon the Joint Notice of Agreement [ECF No. 175] between Plaintiff, Deborah Engle, Defendants, Royal Bahamian Association, Inc., Renovations Property Management, LLC, and Patricia Gilliland (the "Parties"), and the Deborah Engle Irrevocable Special Needs Trust. In accordance with the stipulation of the Parties and the Special Needs Trust, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendants shall reissue checks payable to "Deborah Engle Irrevocable Special Needs Trust" for payment of the judgment proceeds of $75,000.01.

2. Plaintiff and Deborah Engle Irrevocable Special Needs Trust will each execute and file with the Court a Satisfaction of Judgment within ten (10) days of

receiving the reissued checks.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on February 23, 2022.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Marcia G. Cooke
All counsel of record